

# Fourth Court of Appeals
## San Antonio, Texas

September 1, 2021

No. 04-21-00028-CV

**IN THE INTEREST OF N.M.B., A CHILD,**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-EM5-06049
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On August 16, 2021, we ordered Appellant Channel Beverly to file written proof that she had designated, in writing, the portions of the proceedings she desired court reporter Mary M. Wilson to include in the reporter's record and that she provided written proof that she had paid or made arrangements to pay the court reporter's fee for preparing the reporter's record. On August 26, 2021, Appellant Channel Beverly filed written proof that she had done both. We therefore ORDER court reporter May M. Wilson to file the reporter's record on or before **October 1, 2021**.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court